# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BRANDON SAMBO, WILLIAM SAMBO LISA SAMBO AND AUTUMN SPEARS dba BLISS, a general partnership, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>CITY OF TROY, MISSOURI <br><br>　　　　　　Defendant | No. 4:08-CV01012-ERW |

## JOINT MOTION FOR PERMANENT INJUNCTION
## AND FOR DISMISSAL

Come now the parties to this lawsuit, through their counsel, and jointly move that the Court enter the Permanent Injunction which is attached hereto, to which they have agreed in connection with the resolution of this matter. The terms of the Permanent Injunction are essentially the same as those of the Preliminary Injunction entered by the Court on September 18, 2008.

Upon entry of the Permanent Injunction, the parties request that this case be dismissed with prejudice, each party to bear its own fees and costs.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**RYALS & BREED, P.C.**

　　　　　　　　　　　　　　　　　　　　 /s/ *Kathryn E. Denner*
　　　　　　　　　　　　　　　　　　　　Stephen M. Ryals, #34149
　　　　　　　　　　　　　　　　　　　　Kathryn E. Denner, #27196
　　　　　　　　　　　　　　　　　　　　denner@rblawstl.com
　　　　　　　　　　　　　　　　　　　　3120 Locust Street
　　　　　　　　　　　　　　　　　　　　St. Louis, MO  63103
　　　　　　　　　　　　　　　　　　　　(314) 862-6262
　　　　　　　　　　　　　　　　　　　　Fax: (314) 880-2027

　　　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiffs

**BARKLAGE, BRETT, WIBBENMEYER & HAMILL**

*/s/ Joel D. Brett*
Joel D. Brett, #16826
jbrett@barklage-brett.com
211 North Third Street
St. Charles, MO 63301
(636) 949-2120
Fax: (636) 949-8786

Attorneys for Defendant